IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHERYL L. CRUTCHFIELD,

    Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 6:16-cv-02249-TC

**OPINION AND ORDER**

**MCSHANE, Judge**:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation ("F&R"), ECF No. 19, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although Plaintiff filed no objections, I have reviewed the legal principles *de novo*. *See United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude that the report is correct. Magistrate Judge Coffin's F&R is adopted in full. This action is DISMISSED for failure to prosecute and failure to follow a court order.

    IT IS SO ORDERED.

    DATED this 7th day of August, 2018.

                        /s/ Michael McShane_____
                        Michael J. McShane
                        United States District Judge